B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

_____Southern_____ District Of ___Indiana___

In re __Jonathan Ray Balentine and Juanita Kay Balentine__, Case No. __17-90181__

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE LODGE SERIES III TRUST
_____
Name of Transferee

Specialized Loan Servicing LLC
_____
Name of Transferor

Name and Address where notices to transferee should be sent:

c/o BSI Financial Services
1425 Greenway Drive, Ste 400
Irving, TX 75038
Phone: 972-347-4350
Last Four Digits of Acct #: 4789

Court Claim # (if known): 13-1
Amount of Claim: $98,403.43
Date Claim Filed: 03/28/2017

Phone: (800) 315-4757
Last Four Digits of Acct. #: 4789

Name and Address where transferee payments should be sent (if different from above):

c/o BSI Financial Services
314 S. Franklin Street, 2nd Floor
Titusville, PA 16354
Phone: _____
Last Four Digits of Acct #: 4789

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Michelle R. Ghidotti-Gonsalves          Date: 03/19/2019
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.