UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:  JONATHAN RAY BALENTINE
　　　　JUANITA KAY BALENTINE
Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　CASE NO: 17-90181-AKM-13

## NOTICE OF FINAL CURE PAYMENT

　　　　According to Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Joseph M. Black, Jr., gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the Debtor(s) have completed all payments under the Plan.

### Part 1:  Mortgage Information

**Name of Creditor**: US BANK TRUST NATIONAL ASSOCIATION
**Court Claim#:**  013
**Last four digits** of any number used to identify the Debtor account: 2622
**Property Address:**  401 QUAIL RUN, MITCHELL, INDIANA

### Part 2:  Cure Amount

Total cure disbursements made by the Trustee:
a.  Allowed Pre-petition Arrearage:　　　　　　　　　　　　　　　$10932.49
b.  Prepetition arrearage paid by the Trustee:　　　　　　　　　　$10932.49

c.  Amount of Post-petition fees, expenses, and charges recoverable under　　$0.00
    Bankruptcy Rule 3002.1(c):
d.  Amount of post-petition fees, expenses, and charges recoverable under　　$0.00
    Bankruptcy Rule 3002.1(c) and paid by the Trustee

e.  Allowed Post-petition arrearage:　　　　　　　　　　　　　　　$0.00
f.  Post-petition arrearage paid by the Trustee　　　　　　　　　　$0.00

g.  Total. Add lines b, d, and f.　　　　　　　　　　　　　　　　　$10,932.49

### Part 3:  Post-petition Mortgage Payment

Mortgage is paid through the Trustee.　　　　　　　X
Current monthly mortgage payment.　　　　　　　　　　　　　　　$544.48

The next post-petition payment is due on:　　　　　　　　　　　MARCH 2022

Mortgage is paid directly by the Debtor(s).

**Part 4:  A Response Is Required By Bankruptcy rule 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the Trustee within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding post-petition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all post-petition payments as of the date of the response.  Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

Dated: February 17, 2022

Respectfully Submitted

/s/ Joseph M. Black, Jr.
Joseph M. Black, Jr., Trustee
PO Box 846
Seymour, IN 47274
Phone: (812)524-7211
Fax:    (812)523-8838
Email: jblacktrustee@trustee13.com

CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2022, a copy of the foregoing pleading was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

JOSEPH A ROSS          rossfiling@RossLawOffice.com
U.S. Trustee        ustpregion10.in.ecf@usdoj.gov

I further certify that on February 17, 2022, a copy of the foregoing pleading was mailed by first-class, U.S. Mail, postage prepaid, and properly addressed to the following:

JONATHAN RAY BALENTINE
401 QUAIL RUN
MITCHELL, IN  47446-

JUANITA KAY BALENTINE
401 QUAIL RUN
MITCHELL  IN  47446-

US BANK TRUST NATIONAL ASSOCIATION
SN SERVICING CORP
323 FIFTH STREET
EUREKA  CA  95501-

FEIWELL & HANNOY
8415 ALLISON POINTE BLVD, STE 400
INDIANAPOLIS, IN 46250

SOTTILE & BARILE AAL
394 WARDS CORNER RD, STE 180
LOVELAND, OH 45140

/s/ Joseph M. Black, Jr.
Joseph M. Black, Jr., Trustee